# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---
## NO. 03-13-00269-CR
---

Daniel Lopez Cardoza, Appellant

v.

The State of Texas, Appellee

---
**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
NO. D-1-DC-12-201877, THE HONORABLE DAVID CRAIN, JUDGE PRESIDING**
---

## O R D E R

**PER CURIAM**

The mandate in this cause issued by the Court on June 25, 2015, is hereby withdrawn.

It is ordered on July 30, 2015.

Before Justices Puryear, Goodwin, and Field

Do Not Publish